IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZUFFA LLC d/b/a
THE ULTIMATE FIGHTING
CHAMPIONSHIP (UFC),

      Plaintiff,

v.                            CASE NO.: 1:12cv244-SPM/GRJ

CHARLES STRANGE and
CHIEFLAND BILLIARDS INC.,
d/b/a CHIEFLAND BILLIARDS
a/k/a CHIEFLAND BILLIARDS
AND FUN CENTER,

      Defendants.

_____/

## ORDER OF DISMISSAL

      This cause comes before the Court upon Plaintiff's Notice of Voluntary
Dismissal with prejudice (doc. 6).  Defendant has not filed either an answer to
the Plaintiff's Complaint or a motion for summary judgment. Therefore, Plaintiff is
entitled to a voluntary dismissal with prejudice pursuant to Federal Rule of Civil
Procedure 41(a)(1)(A)(I) and 41(A)(1)(B). *See also*, Matthews v. Gaither, 902
F.2d 877, 880 (11th Cir.1990) ("It is well established that Rule 41(a)(1)(i) grants a
plaintiff an unconditional right to dismiss his complaint by notice and without an

order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). Further, a plaintiff's Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is effective immediately upon the filing. Id. Accordingly, it is

ORDERED AND ADJUDGED that this case is dismissed. The clerk shall close this case.

DONE AND ORDERED this 27th day of November, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge